**THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JOHN EUGINE RANDOL**                                                           **PLAINTIFF**

**v.**                                         **Case No. 4:19-cv-00597-KGB**

**BRIGGS, Major, Pulaski County Jail,** *et al.*                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff John Eugine Randol's complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 27th day of January, 2020.

_____
Kristine G. Baker
United States District Judge